UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID DALE WATSON,<br><br>                Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>                Defendant. | No.  1:14-CV-3179-MKD<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED: March 18, 2016

                                                            SEAN F. McAVOY
                                                            Clerk of Court

                                                            By:  *s/Karen White*
                                                                   Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**